FILED

09/28/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0370

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 21-0370

| | |
|---|---|
| **HAMLIN CONSTRUCTION AND DEVELOPMENT COMPANY INC.**, a Montana Corporation; **JERRY HAMLIN** and **BARBARA HAMLIN**, Individually and as **TRUSTEES OF THE HAMLIN FAMILY REVOCABLE LIVING TRUST**, | ) ) ) ) ) ) ) ) |
| Plaintiffs and Appellants, | ) |
| vs. | ) ) |
| **MONTANA DEPARTMENT OF TRANSPORTATION; JOHN DOES 1-5; JANE DOES 1-5; ABC ENTITIES, ORGANIZATIONS OR AGENCIES 1-5**, | ) ) ) ) ) ) ) ) |
| Defendants and Appellees. | ) ) |

## GRANT OF EXTENSION TO PLAINTIFFS/APPELLANTS TO FILE THEIR OPENING BRIEF

Pursuant to Rule 26(1), M.R. App. P., Plaintiffs/Appellants are given an extension of time until November 8, 2021, to prepare, file, and serve their Opening Brief.

c:   Stefan T. Wall/Denny K. Palmer
     Curt Drake
     Christian T. Nygren/Hannah C. Woolsey

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 28 2021